United States Bankruptcy Court
District of Arizona

In re:
DUSAN DESPOT
Debtor

Case No. 26-09508-EPB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-2 | User: admin | 
Date Rcvd: Sep 21, 2026 | Form ID: 309IC | Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DUSAN DESPOT, 8330 N 19TH AVE., APT. 1048, PHOENIX, AZ 85021-5284 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tom@cutlerltd.com | Sep 22 2026 01:40:00 | THOMAS ADAMS MCAVITY, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main Street, Skokie, IL 60076-2780 |
| tr | | Email/Text: ecfmailclient@ch13bk.com | Sep 22 2026 01:42:00 | RUSSELL BROWN, Chapter 13 Trustee, 3838 N Central Ave, Ste 800, Phoenix, AZ 85012-1965 |
| smg | | EDI: AZDEPREV.COM | Sep 22 2026 05:02:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 18316428 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 22 2026 01:40:32 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 18316429 | + | EDI: AZDEPREV.COM | Sep 22 2026 05:02:00 | Arizona Department of Revenue, 1600 W. Monroe St., Phoenix AZ 85007-2650 |
| 18316430 | + | EDI: TSYS2 | Sep 22 2026 05:02:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington DE 19899-8801 |
| 18316431 | + | EDI: CAPITALONE.COM | Sep 22 2026 05:02:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 18316432 | + | Email/Text: bankruptcynotice@integracredit.com | Sep 22 2026 01:42:00 | Ccb-integra, Attn: Bankruptcy, 120 S. Lasalle St., Suite 1600, Chicago IL 60603-3402 |
| 18316433 | + | Email/Text: bankruptcy@braviant.com | Sep 22 2026 01:42:00 | Ccb/bal Crdt, Attn: Bankruptcy, P.O. Box 4356, Dept # 1557, Houston TX 77210-4356 |
| 18316434 | + | EDI: JPMORGANCHASE | Sep 22 2026 05:02:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 18316435 | + | Email/Text: bankruptcy@axcess-financial.com | Sep 22 2026 01:41:00 | Check N Go, Check n Go, Attn: Bankruptcy, P.O. Box 36454, Cincinnati OH 45236-0454 |
| 18316436 | + | EDI: CITICORP | Sep 22 2026 05:02:00 | Citibank/Best Buy, Attn: Bankruptch Department, P.O.Box 790046, St. Louis MO 63179-0046 |
| 18316437 | + | EDI: CITICORP | Sep 22 2026 05:02:00 | Citicard, Citicorp Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 18316438 | + | EDI: WFNNB.COM | Sep 22 2026 05:02:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 18316444 | | EDI: CITICORP | Sep 22 2026 05:02:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 18316439 | + | EDI: CAPITALONE.COM | Sep 22 2026 05:02:00 | Discovercap1, Po Box 31293, Salt Lake City UT |

| | | | | |
|---|---|---|---|---|
| | | | | 84131-0293 |
| 18316440 | | EDI: IRS.COM | Sep 22 2026 05:02:00 | Internal Revenue Service, Central Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 18316441 | + | Email/Text: bankruptcy.us@klarna.com | Sep 22 2026 01:42:00 | Klarna, 800 N. High St, Ste. 400, Columbus OH 43215-1430 |
| 18316442 | | Email/Text: karina@leafyfinancial.com | Sep 22 2026 01:42:00 | Leafy Financial Llc, Attn: Bankruptcy, 2921 Brown Trail, Suite 250, Bedford TX 76021 |
| 18316443 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2026 01:39:56 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville SC 29602-1269 |
| 18316445 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2026 01:43:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego CA 92193-9069 |
| 18316446 | + | Email/Text: bankruptcy@moneylion.com | Sep 22 2026 01:43:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy UT 84091-1547 |
| 18316447 | + | Email/Text: closures@collectmoore.com | Sep 22 2026 01:42:00 | Moore Law Group, POB 25145, Santa Ana CA 92799-5145 |
| 18316448 | + | Email/Text: netcreditbnc@enova.com | Sep 22 2026 01:43:00 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago IL 60604-2863 |
| 18316449 | + | Email/Text: opportunitynotices@gmail.com | Sep 22 2026 01:43:00 | OppLoans, Attn: Bankruptcy, P.o. Box 5040, Fredericksburg VA 22403-0640 |
| 18316450 | | Email/Text: info@plazaservicesllc.com | Sep 22 2026 01:41:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta GA 30328 |
| 18316451 | | EDI: PRA.COM | Sep 22 2026 05:02:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 18316453 | + | EDI: PHINELEVATE | Sep 22 2026 05:02:00 | Rise Credit, Attention Bankruptcy, Po Box 101808, Dallas TX 76185-1808 |
| 18316454 | | Email/Text: bankruptcy@springoakscapital.com | Sep 22 2026 01:41:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake VA 23327 |
| 18316455 | + | EDI: SYNC | Sep 22 2026 05:02:00 | Syncb/google, Attn: Bankruptcy Department, Po Box 965065, Orlando FL 32896-5065 |
| 18316456 | + | EDI: SYNC | Sep 22 2026 05:02:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 18316452 | | Email/Text: BankruptcyNotices@schear.net | Sep 22 2026 01:42:00 | Quick Credit, Attn: Bankruptcy, 205 Sugar Camp Circle, Dayton OH 45409 |
| 18316457 | | Email/Text: bknotice@upgrade.com | Sep 22 2026 01:41:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco CA 94111 |
| 18316458 | | Email/Text: bknotice@upgrade.com | Sep 22 2026 01:41:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco CA 94111 |
| 18316459 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 22 2026 01:42:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos CA 94070-7503 |
| 18316460 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 22 2026 01:42:00 | Upstart Network Inc., P.o. Box 1503, San Carlos CA 94070-7503 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| RUSSELL BROWN | azphecf2@trustee13.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor DUSAN DESPOT tom@cutlerltd.com documents@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | | |
| --- | --- | --- | --- |
| Debtor 1: | DUSAN DESPOT (First Name Middle Name Last Name) | Social Security number or ITIN: xxx–xx–9935 | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | (First Name Middle Name Last Name) | Social Security number or ITIN: _ _ _ _ | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter: 13 | 9/18/26 |
| Case number: | 2:26–bk–09508–EPB | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors, failure to file required tax returns or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
| --- | --- | --- |
| **1. Debtor's full name** | DUSAN DESPOT | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 8330 N 19TH AVE., APT. 1048<br>PHOENIX, AZ 85021 | |
| **4. Debtor's attorney**<br>Name and address | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076–2780 | Contact phone 602–598–5075<br>Email: tom@cutlerltd.com |
| **5. Bankruptcy trustee**<br>Name and address | RUSSELL BROWN<br>Chapter 13 Trustee<br>3838 N Central Ave<br>Ste 800<br>Phoenix, AZ 85012–1965 | Contact phone 602–277–8996<br>Email: mail@ch13bk.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003–1727** | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 9/21/26 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 18, 2026 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 641 215 5816, and Passcode 0595100545, OR call 1−602−892−3873** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |

**8. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**Deadline to file a complaint to challenge dischargeability of certain debts:** — **Filing deadline: 1/19/27**

**You must file:**

- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or
- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).

**Deadline for all creditors to file a proof of claim (except governmental units):** — **Filing deadline: 11/27/26**

**Deadline for governmental units to file a proof of claim:** — **Filing deadline: 3/17/27**

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.
If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.
Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 days from date case filed.**
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:** — **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

| | |
|---|---|
| **9. Initial Hearing on Confirmation of Plan** | The initial hearing on confirmation will be held on: **12/22/26** at **01:30 PM** as a **telephonic hearing, Call 1 (833) 568−8864, and enter Meeting ID 160 2682 4193, and Passcode 419399.** |
| **Deadline to Object** | The plan will be sent separately once it has been filed. The deadline for a creditor to object to plan confirmation is seven (7) days before the initial hearing or twenty−eight (28) days after service of the plan, whichever is later. |
| **Attendance at Hearing** | The debtor, the trustee, and any creditor who objected timely to the plan, and whose objection remains outstanding, must attend the initial confirmation hearing. |
| **Potential Dismissal** | Failure to file the required documents, including the plan, may result in dismissal of the case without further notice at the initial or continued confirmation hearing. |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |